UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TARZA R. NELSON, | ) | 1:07-cv-0933 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER RE MOTION |
| | ) | FOR MARSHAL SERVICE |
| v. | ) | (DOCUMENT #6) |
| | ) | |
| SHEILA COSTELLO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 16, 2007, plaintiff filed a motion that the marshal effect service on the named defendants. Pending before the court is plaintiff's complaint filed June 28, 2007, which has not yet been screened by the court. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for marshal service is premature and is DENIED.

IT IS SO ORDERED.

Dated:   August 31, 2007          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE