# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON, | CASE NO. 1:07-cv-00933-OWW-DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE THIS CASE AS DUPLICATIVE OF CASE NUMBER 1:07-CV-00802-LJO-SMS |
| v. | |
| SHEILA COSTELLO, et al., | |
| Defendants. | |

This action is duplicative of case number 1:07-cv-00802-LJO-SMS PC.  Because case number 07-cv-00802 is the earlier filed case, this case shall be closed.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to administratively close this case as duplicative of case number 1:07-cv-00802-LJO-SMS PC.

IT IS SO ORDERED.

**Dated:   July 10, 2008**            **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

1