IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SHEILA COSTELLO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00933 OWW DLB PC<br><br>ORDER RE COURT DOCUMENT #16<br><br>(Doc. 16)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE A COPY OF THIS ORDER IN CASE NO. 1:07-cv-00802 LJO SMS |

Plaintiff Tarza R. Nelson ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 11, 2008, this court issued an order finding this action to be duplicative of case number 1:07-cv-00802 LJO SMS, and directed the Clerk of the Court to administratively close case number 1:07-cv-00933 OWW DLB PC. (Doc. 15). On July 30, 2008, Plaintiff filed an objection. (Doc. 16). Plaintiff asserts that while the statutory violations alleged in both actions are the same, the incidents occurred at different times and in different years.

When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all of the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Fed. R. Civ. Pro. 42(a).

///

Plaintiff is not entitled to proceed separately in two actions with virtually identical allegations. The court will not re-open case number 1:07-cv-00933 OWW DLB PC.  Instead, the court shall grant plaintiff leave to file a third amended complaint in Case No. 1:07-cv-00802 LJO SMS PC.  Plaintiff is advised that he should include his allegations as pled in both cases, in his third amended complaint.

Accordingly, within thirty (30) days of service of this order, plaintiff shall file a third amended complaint in Case No. 1:07-cv-00802 LJO SMS.  If plaintiff opts not to file a third amended complaint, Case No. 1:07-cv-00802 LJO SMS PC shall proceed on plaintiff's second amended complaint.

<u>No further filings will be accepted in Case No. 1:07-cv-00933 OWW DLB PC.</u>  The Clerk of the Court is HEREBY DIRECTED to file a copy of this order in Case No. 1:07-cv-00802 LJO SMS PC.

IT IS SO ORDERED.

**Dated:   August 20, 2008**              /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE